FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 25 2022 ★
LONG ISLAND OFFICE

**NOTICE OF MOTION FOR RECONSIDERATION**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

[Marcia Copeland.MD & Minta Smith] :

Plaintiff, :

2 :21_CV-06696 (GRB)-SIL

-against- :

[Hassan Butt et al :

Defendant(s). :

**NOTICE OF MOTION FOR RECONSIDERATION**

1. For reconsideration of Motion decided 1/12/22.
2. Request for recusal of Judge Gary Brown from this case if he is conflicted. He cannot close the doors to justice that we seek in our home state. We are troubled about ex parte discussions in this case because he referenced that the case was about a New Jersey foreclosure of the referenced property with the fraudulently recorded deeds against it. Please note:
   - **A.** We never complained about a foreclosure since the New Jersey Appellate court vacated this final judgment for a foreclosure action on this New Jersey home. Foreclosure is NOT before you.
   - **B.** As owners of this property we never received a complaint or stood before any judge to defend our property and no attorney stood before this judge on our behalf to advocate for our interest. Findings of tax lien is merely libel and slander used to steal since the presiding judge never reviewed any of our canceled negotiated checks. This false claim was used to steal real property without paying a

purchase price.

**C.** The plaintiff of record in the New Jersey case, a shell company, masqueraded as a plaintiff in the erring judge New Jersey Courtroom.

**D.** I supplied your court with evidence to support our complaint including evidence of RICO and theft. We expect you to read our Complaint and to refute the evidence placed before you. We will hold you accountable for what was supplied to your court in black and white and for operating outside the confines of the law.

3. Provide law supporting claim for the improper venue you claimed. We provided support for the venue in our order to show cause- Memorandum of law section and we expect to be heard in the EDNY. We provided support for New York venue:

**A.** Plaintiff and defendants are from New York.

**B.** The Title Company, buyers, sellers and the attorney that registered the fraudulent deed did so from New York. This fraudulently recorded deed is before your court not a "foreclosure action" that you stated in your response.

**C.** Closing of the stolen property took place in New York with a New York attorney, witness, notary and mortgage company. Why would New Jersey adjudicate this case? I believe New Jersey has problems with subject-matter jurisdiction over the New York action of these New York players.

**D.** Most of the Defendants are from New York or do business with New York.

**E.** Only four of the defendants have no ties to New York.

The venue is proper, the court fee was paid and I completed service of process. Federal Rule sixteen needs assignment, and you cannot obstruct our request for justice from a court of law using your official office in New York.

**You made blanket statements that the venue is improper and that you do not have personal or subject matter jurisdiction over this matter.**

These fraudulent deeds are in your court and no other court. You have personal and subject matter jurisdiction to officiate over this matter, and you have personal jurisdiction over plaintiffs and defendants.

We cannot address the "I do not have subject matter jurisdiction" claim that you made since there was no law or explanation supporting your legal conclusions. Please support these statements in your response to us. We need to make intelligent conclusions if we are to file an Appeal in New York.

Why do you believe the venue is improper? Please substantiate your answers with law and supporting information. We don't want you to deny us justice and the opportunity to be heard in a court of law within our state. This case is properly venued based on current laws.

There are no issues with subject-matter or personal jurisdiction conflict and the case should commence in New York. You cannot rob us of the right to be heard in a court of law. Everything surrounding the lodgment of these fraudulent deeds occurred in New York NOT in New Jersey. The deeds are your issue.

The ILLEGAL FORECLOSURE you referenced in New Jersey was vacated by the Appellate Court and documentation was provided to you in the complaint.

The property was illegally foreclosed with non legislative proceedings, and the process was reversed in New Jersey. New Jersey said the presiding judge "erred" and at this point they are finished with this case. The final judgment for the illicit foreclosure was vacated. Your job is to address the deed filed in New Jersey by attorney Suris from New York using his New York title Company, witnesses, and notaries.To ease your confusion we are discussing fraudulent deeds against property defendants did not own. Please

provide my office with proof of ownership of the property and of a foreclosure action for the property addressed by the Appellate Court.

Defendants provided an exhibit from a Federal Judge Wolfson who refused to adjudicate the case in New Jersey after we paid for personal service for her to move the case forward with the New Jersey involvement portion of the case. They are hoping you will be influenced by her unfounded statements she recklessly placed in an "opinion" she published for others to rely on. This judge NEVER addressed us except to find excuses for not adjudicating the case and to cover criminality for her friends in high places. We never stood before her. Never received Federal Rule Sixteen which we will pursue in New Jersey. She had a lot of ex parte discussions memorialized in her "opinion" and we plan to take action against her. She too will need to provide proof for additional attempts to libel, slander and villainize us in order to save her legal colleagues who are also playing in your ears to make you behave unlawfully. There is no record or recordings of our involvement with judge Wolfson. Her personal bias and issues are NOT before you. She will defend her actions under separate cover.

You MUST bring these criminals defendants to justice. We have no intentions to allow your court to deny us justice, or to legally silence us. We are prepared to fight to the end. Please review the complaint and exhibits since we will hold you responsible for the contents. We want you to always lean on the right side of the law and to distance yourself from these deflectors of law who chose to line their pockets misusing laws and legal proceedings to rob those they swore to serve.

PLEASE TAKE NOTICE that upon the annexed affidavit or affirmation (Marcia Copeland & Minta Smith) sworn to or affirmed (1/23), 2022 and upon the complaint herein, plaintiff will move this Court, (Judge Gary Brown), U.S.D.J., in room , United States Courthouse, Central Islip, New York, on the (day) day of (Month), 20 , at (time) or as soon thereafter as counsel can be heard, for an order pursuant to Rule of the Federal Rules of Civil Procedure granting

Dated: [1/23/22], New York
[date]

[signature] Marcia Copeland, MD

[signature] Minta Smith

PLAINTIFF PRO SE

712 Pelhamdale Avenue

New Rochelle, NY 10801

Docopey@aol.com

804-301-7337

Motion Form & Instructions - U.S. District Court-EDNY Rev. 1/2006

**AFFIDAVIT/AFFIRMATION**
**IN SUPPORT OF MOTION**

**SAMPLE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
X
:
[Marcia Copeland, MD & Minta Smith], :
:
Plaintiff, :
: AFFIDAVIT/AFFIRMATION
-against- : MOTION FOR RECONSIDERATION
AND MULTIPLE RELIEF
:21CV __06696_(GRB)-SIL
[Hassan Butt et al], :
:
Defendant(s). :
X

STATE OF NEW YORK )
COUNTY OF ) ss.:

Marcia Copeland, MD and Minta Smith, [BEING DULY SWORN] deposes and says [or: makes the following affirmation under the penalties of perjury]: 1. Case is properly venued.

I, Marcia Copeland, MD and Minta Smith, am the plaintiff in the above- entitled action, and respectfully move this Court to issue an

order To 1. reinstate the case to the calendar and for judge Brown to provide law that disallow plaintiffs, New York citizens, from seeking justice against the New York defendants for the crime they committed against them. Defendants stole their building using the court to legalize their crime. The defendants deprived us of Due Process and violated Amendment four, five and fourteen laws, and we are seeking justice from your court. Evidence in support of this claim was provided to you judge Brown and you MUST review the Complaint before attempting to obstruct our path to justice with use of the courts, unsubstantiated law and premature legal conclusions.

2. Venue is proper backed by the law we used for support in our Memorandum of law section of our Order to Show cause (previously submitted). If judge brown disagrees with the stated law he MUST provide support for us to Appeal. We have no support or law for his refusal to adjudicate. He MUST restore the case to the calendar for Federal Rule Sixteen with a Discovery schedule for a Jury trial.

3. **Judge Brown also falsely claimed:** 1. No personal or subject matter jurisdiction. Judge Brown has personal jurisdiction of the New York plaintiffs, defendants, and those doing business within the state from other states. We completed service of process to all the defendants conferring personal jurisdiction over defendants and plaintiffs. 2. No subject matter jurisdiction. This case is only before this court. The EDNY has jurisdiction to officiate over RICO, Amendment four, five, fourteen violation, harassment, color of law violation, libel and slander. Judge Brown NEVER explained or provided law for why he presumend he had no personal or subject matter jurisdiction making it difficult to directly address his assertions. He is required to provide facts not mere unfounded ex parte legal conclusions. He did not assign a Zoom meeting to address with plaintiffs and defendants why his court was the chosen venue, and why it did not have personal or subject matter jurisdiction and place these claims on the record and open for legal discussions. No evidence provided in the complaint that could lead to such legal conclusions of improper venue or lack of personal and subject-matter jurisdiction. The presumption of early bias is concerning and we will pursue this if the case is not restored to the calendar. 3. Thirdly that this case involved a New Jersey foreclosure. The non legislative foreclosure referenced was reversed in New Jersey by its own Appellate court. That court stated this judge erred in her foreclosure ex parte action. The property was stolen by named defendants NOT foreclosed and sold while the case was in court. The fraudulent deeds were filed by the New Yorkers from their title company in New York. Please provide any documentation that is in your possession judge Brown to support this unfounded allegation of foreclosure vs. theft by defendants of same property.

The reason why I am entitled to the relief I seek is the following: Judge Brown you have a fiduciary duty to uphold the law you were left to enforce. If you are having difficulty upholding the law please do not obstruct our path to justice by recusing yourself. You have already introduced and shown bias and we are deeply concerned regarding your ability to function as a neutral decision-maker in light of the evidence already supplied to your court and office. As part of Due Process of law, we are entitled to an impartial tribunal and decision on the record. We paid the filing fee to be heard and we expect no less. You MUST state why you chose to cover for the defendants. We are making these strong statements since we enclosed recorded instruments at the deed office with our complaint. Evidence of criminality is before your eyes and you have a duty to report not to dismiss without support of law.

Motion Form & Instructions - U.S. District Court-EDNY Rev. 1/2006

I respectfully request that the court grant the within motion, as well as such other and further relief that may be just and proper.

**Use this format below if preparing an affidavit (requires a notary public)**

Sworn to me before this

day of 23rd, 2022 Your name

Notary Public

---

- **OR:**

WHEREFORE, I respectfully request that the court grant the within motion, as well as such other and further relief that may be just and proper.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on (1/23/22) Marcia Copeland,MD

1/23/22 Minta Smith

LIDIA ANTOSIEWICZ
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01AN6365481
Qualified in Richmond County
My Commission Expires Oct. 10, 2025

Sworn to me on this, 23rd day of January 2022.

CLOSED,NPROSE

# U.S. District Court
# Eastern District of New York (Central Islip)
# CIVIL DOCKET FOR CASE #: 2:21-cv-06696-GRB-SIL

Copeland, MD et al v. Butt et al
Assigned to: Judge Gary R. Brown
Referred to: Magistrate Judge Steven I. Locke
Cause: 28:1331 Fed. Question

Date Filed: 12/01/2021
Date Terminated: 01/12/2022
Jury Demand: Plaintiff
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 01/12/2022 | 14 | Letter *Request to File Motion to Dismiss* by Sell all Properties (Rebar, Cathleen) (Entered: 01/12/2022) |
| 01/12/2022 | | ORDER DISMISSING CASE: This matter revolves around foreclosure litigation and issues which occurred not only outside of this District, but outside the state. Upon review of the complaint, the plaintiff's response to this Court's Show Cause Order and other submissions, it appears that there are substantial issues regarding personal and subject matter jurisdiction as well as venue. As such, the case is dismissed without prejudice to refiling, if appropriate, in a New Jersey court. The Court certifies that any appeal from this Order would not be taken in good faith. The Clerk of the Court is respectfully directed to mail a copy of this Order to the pro se Plaintiffs at their address of record and close the case. Ordered by Judge Gary R. Brown on 1/12/2022. c/ecf (Cowan, Timothy) (Entered: 01/12/2022) |
| 01/12/2022 | | ORDER finding as moot 11 Motion for Pre Motion Conference. In light of the Court's Order dated 1/12/2022, the motion for a pre motion conference is deemed moot. Ordered by Judge Gary R. Brown on 1/12/2022. c/ecf (Johnston, Linda) (Entered: 01/12/2022) |
| 01/12/2022 | | Civil Case Terminated pursuant to 1/12/2022 Electronic Order Dismissing Case. (Tirado, Chelsea) (Entered: 01/13/2022) |