CLERK OF U.S. DISTRICT COURT, EDNY
100 FEDERAL PLAZA
CENTRAL ISLIP, NEW YORK 11722

OFFICIAL BUSINESS

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 31 2022 ★
LONG ISLAND OFFICE

MID-ISLAND NY 117
13 JAN 2022 PM 5 L

U S M S

NEOPOST
01/13/2022
US POSTAGE $000.53⁰
ZIP 11722
041L11255308

Marcia Copeland MD
712 Pelhamdale Ave
New Rochelle, NY 10801

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 31 2022 ★
LONG ISLAND OFFICE

NIXIE 100 DE 1 0001/24/22

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 11722443800 *1702-04967-13-38

11722>4438

CLOSED,NPROSE

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 3 1 2022 ★
LONG ISLAND OFFICE

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
JAN 3 1 2022 ★
LONG ISLAND OFFICE

# U.S. District Court
# Eastern District of New York (Central Islip)
# CIVIL DOCKET FOR CASE #: 2:21-cv-06696-GRB-SIL

Copeland, MD et al v. Butt et al
Assigned to: Judge Gary R. Brown
Referred to: Magistrate Judge Steven I. Locke
Cause: 28:1331 Fed. Question

Date Filed: 12/01/2021
Date Terminated: 01/12/2022
Jury Demand: Plaintiff
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 01/12/2022 | 14 | Letter *Request to File Motion to Dismiss* by Sell all Properties (Rebar, Cathleen) (Entered: 01/12/2022) |
| 01/12/2022 | | ORDER DISMISSING CASE: This matter revolves around foreclosure litigation and issues which occurred not only outside of this District, but outside the state. Upon review of the complaint, the plaintiff's response to this Court's Show Cause Order and other submissions, it appears that there are substantial issues regarding personal and subject matter jurisdiction as well as venue. As such, the case is dismissed without prejudice to refiling, if appropriate, in a New Jersey court. The Court certifies that any appeal from this Order would not be taken in good faith. The Clerk of the Court is respectfully directed to mail a copy of this Order to the pro se Plaintiffs at their address of record and close the case. Ordered by Judge Gary R. Brown on 1/12/2022. c/ecf (Cowan, Timothy) (Entered: 01/12/2022) |
| 01/12/2022 | | ORDER finding as moot 11 Motion for Pre Motion Conference. In light of the Court's Order dated 1/12/2022, the motion for a pre motion conference is deemed moot. Ordered by Judge Gary R. Brown on 1/12/2022. c/ecf (Johnston, Linda) (Entered: 01/12/2022) |
| 01/12/2022 | | Civil Case Terminated pursuant to 1/12/2022 Electronic Order Dismissing Case. (Tirado, Chelsea) (Entered: 01/13/2022) |